## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINDOWIZARDS, INC., HARVEY GOODMAN, Partner, and MOORE STREET ASSOCIATES | : : : : : | CIVIL ACTION NO. 13-7444 |
| v. | : : | |
| CHARTER OAK FIRE INSURANCE COMPANY, Member of Travelers Group of Insurance Companies | : : : | |

### ORDER

AND NOW, this 26th day of March, 2015, upon consideration of the parties' March 2 and 3, 2015 letter briefs regarding a discovery dispute over documents allegedly protected under Federal Rule of Civil Procedure 26(b)(4) (Doc. Nos. 37 & 38), and after teleconferences on March 3 and 20, 2015, it is hereby **ORDERED** that the plaintiffs' request for documents is **GRANTED in part** and **DENIED in part** as follows:

1. The defendant must furnish to the plaintiffs documents 1, 2, 3, 5, 6, and 8 listed on the privilege log attached to the accompanying memorandum.

2. Documents 4, 7, 9, 10, 11, 13, and 14 are privileged under Rule 26(b)(4)(C) and need not be turned over to the plaintiffs.

3. The first and third paragraphs of document 12 are privileged under Rule 26(b)(4)(C), however, paragraph two, listing enclosed documents, is not. Therefore, the defendant shall provide to the plaintiffs an appropriately redacted version of this letter.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE