IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINDOWIZARDS, INC., HARVEY GOODMAN, Partner, and MOORE STREET ASSOCIATES | : : : : : | CIVIL ACTION<br><br>NO. 13-7444 |
| v. | : : | |
| CHARTER OAK FIRE INSURANCE COMPANY, Member of Travelers Group of Insurance Companies | : : : | |

## ORDER

AND NOW, this 27th day of March, 2015, upon consideration of "Defendant Charter Oak Fire Insurance Company's Motion for Partial Summary Judgment" (Doc. 28), "Plaintiffs' Answer to Defendant's Motion for Partial Summary Judgment" (Doc. 29), the defendant's reply brief (Doc. 30), and the plaintiffs' sur-reply brief (Doc. 32), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED** as genuine issues of material fact preclude judgment.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE